■ WILLIE HILL, Respondent, v SONWILL DISTRIBUTORS,

INC., Appellant, and INTERNATIONAL MULTIFOOD CORPORATION, C/O C.T. CORPORATION SYSTEM, Respondent. [610 NYS2d 927] — Order unanimously affirmed with costs. Memorandum: Supreme Court properly concluded that factual issues exist concerning plaintiff's status as a special employee that preclude a grant of summary judgment to defendant (see, O'Brien v Garden Way Mfg., 72 AD2d 860; Hill v Erdle Perforating Co., 53 AD2d 1008). (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Summary Judgment.) Present —Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.